**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FRANKLIN HAROLD BARNEY,** | : | **CIVIL ACTION NO. 1:26-CV-1621** |
| | : | |
| **Petitioner** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **WARDEN USP-CANAAN,** | : | |
| | : | |
| **Respondent** | : | |

## ORDER

AND NOW, this 25th day of June, 2026, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1.   The petition for writ of habeas corpus (Doc. 1) is DISMISSED.

2.   The Clerk of Court is directed to CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania